IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02823-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$112,061.00 IN UNITED STATES CURRENCY,

       Defendant.

_____

**ORDER FOR LEAVE TO DEPOSE CLAIMANT JAIME SANCHEZ**
_____

It is hereby ORDERED that the Motion for Leave to Depose Claimant Jaime Sanchez (Doc. 38) is GRANTED. The deposition for Jaime Sanchez may take place on August 3, 2015 at the Trinidad Correctional Facility.

SO ORDERED this 17th day of July, 2015.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
United States Magistrate Judge