IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02823-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$112,061.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**PROTECTIVE ORDER TO
GOVERN THE RELEASE OF SENSITIVE, CONFIDENTIAL,
AND NONPUBLIC GOVERNMENT INFORMATION**
_____

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Protective Order to Govern the Release of Sensitive, Confidential, and Nonpublic Government Information. The Court, being fully advised, enters the following Orders:

The Government shall provide to Claimant the name of the Confidential Source who provided information to law enforcement authorities during Claimant's criminal case in El Paso County, Case No. 2014CR2225. The Claimant and his counsel shall not disclose the identity of this individual to anyone other than an employee of the law office of Claimant's counsel.

    SO ORDERED this ____ day of ___*Aug 10, 2015*___, 2015.

                                                  BY THE COURT:

                                                _____
                                                KATHLEEN M. TAFOYA
                                                United States Magistrate Judge